# Court of Appeals
# of the State of Georgia

ATLANTA, April 28, 2022

*The Court of Appeals hereby passes the following order:*

## A22A1306. CYNTHIA ABREU v. MACALUSO AND ASSOCIATES, LLC d/b/a DR. ROOF.

This case originated as a suit on account in magistrate court. After the magistrate court found in favor of Macaluso and Associates, LLC d/b/a Dr. Roof, Cynthia Abreu appealed to the superior court. The superior court also found in favor of Macaluso and awarded judgment in the amount of $3,647.94. Abreu then filed this direct appeal. We lack jurisdiction for two reasons.

First, OCGA § 5-6-35 (a) (6) requires the filing of an application for discretionary appeal "in all actions for damages in which the judgment is $10,000.00 or less." *Jennings v. Moss*, 235 Ga. App. 357 (509 SE2d 655) (1998). Second, because the order at issue concerns a de novo appeal from a magistrate court decision, OCGA § 5-6-35 (a) (1) also required Abreu to follow the discretionary appeal procedures. See *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995). For these reasons, this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta, 04/28/2022

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____ , *Clerk.*